Andrew S. Meyers, Esq.  (IN #31427-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  ameyers@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| KAYTRINA WILLIAMS,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANS UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INC.;<br>　　　　Defendants. | CASE NO.   1:15-cv-01237-JAM-EPG _<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

　　　　Plaintiff Kaytrina Williams, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | Date:  10/8/15. | /s/   Kaytrina Williams |
| 4 | | Kaytrina Williams |
| | | 3547 East Saginaw Way |
| 5 | | Fresno, CA  93726 |
| 6 | | *Pro Se Plaintiff* |
| 7 | | |
| 8 | | |
| 9 | Date:  10/16/15. | /s/   Andrew S. Meyers |
| | | Andrew S. Meyers, Esq.  (IN #31427-49) |
| 10 | |   *(admitted Pro Hac Vice)* |
| | | Schuckit & Associates, P.C. |
| 11 | | 4545 Northwestern Drive |
| 12 | | Zionsville, IN  46077 |
| | | Telephone:  317-363-2400 |
| 13 | | Fax:  317-363-2257 |
| | | E-Mail:  ameyers@schuckitlaw.com |
| 14 | | |
| 15 | | *Lead Counsel for Defendant Trans Union, LLC* |
| 16 | | Monica Katz-Lapides, Esq. (CSB #267231) |
| | | Tate & Associates |
| 17 | | 1321 8th Street, Suite 4 |
| | | Berkeley, CA  94710 |
| 18 | | Telephone:  510-525-5100 |
| | | Fax:  510-525-5130 |
| 19 | | E-Mail:  mkl@tateandassociates-law.com |
| 20 | | *Local Counsel for Defendant Trans Union, LLC* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 1:15-CV-01237-GSA**

## PROOF OF SERVICE

I, Andrew S. Meyers, declare that I am a resident of the State of Indiana, am over the age of eighteen years and am not a party to the within action. I am employed with Schuckit & Associates, whose address is 4545 Northwestern Drive, Zionsville, IN. On October 16, 2015, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

I served the documents on the persons listed below, as follows:

| | | |
|---|---|---|
| [ ] | **By messenger service**. | I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [X] | **By United States mail**. | I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Zionsville, IN. |

All documents were sent to the following persons in the following manner:

Kaytrina Williams
3547 East Saginaw Way
Fresno, CA  93726

I declare under penalty of perjury under the laws of the State of Indiana and California that the foregoing is true and correct, and that this Proof of Service was executed on this **16th** day of **October, 2015**, at Zionsville, IN.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    */s/   Andrew S. Meyers*
                                    Andrew S. Meyers, Esq. (IN #31427-49)
                                      (admitted *Pro Hac Vice*)

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 1:15-CV-01237-GSA**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Kaytrina Williams against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Kaytrina Williams and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:  10/16/2015

/s/ John A. Mendez_____
JUDGE, United States District Court,
Eastern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Kaytrina Williams<br>3547 East Saginaw Way<br>Fresno, CA  93726 | Andrew S. Meyers, Esq.<br>ameyers@schuckitlaw.com |
| Monica Katz-Lapides, Esq.<br>mkl@tateandassociates-law.com | Kendra L. Marvel, Esq.<br>kmarvel@jonesday.com |
| Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com | |